JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE ROBERTS, | Case No. ED CV 10-1360-AHM (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MIKE McDONALD, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: April 16, 2012

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE